UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TACUMA J. M'WANZA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:14-cv-00096-LRH-VPC<br><br>ORDER |

This is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 17, 2015, the court granted respondents' motion to dismiss in part and denied it in part (ECF No. 17). Petitioner M'Wanza filed a notice of appeal (ECF No. 18). On October 22, 2015, the court of appeals dismissed the appeal for lack of jurisdiction (ECF No. 22).

M'Wanza has now filed a motion for finality of determination (ECF No. 23), in which he complains that respondents have failed thus far to file an answer to his remaining claims as directed by this court (*see* ECF No. 17). The court advises petitioner that he has caused this delay by filing an improper appeal. In any event, respondents shall now file and serve their answer to the remaining claims within thirty (30) days of the date of this order.

**IT IS THEREFORE ORDERED** that petitioner's motion for finality of determination (ECF No. 23) is **DENIED**.

1 **IT IS FURTHER ORDERED** that respondents' motion to extend time to answer
2 the remaining claims (ECF No. 21) is **GRANTED**. Respondents shall file their answer
3 within **thirty (30) days** of the date of this order. Petitioner shall then have **thirty (30)**
4 **days** to file his reply, if any.

DATED this 3rd day of November, 2015.

                                                                          _____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE