AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

TACUMA J. M'WANZA,

    Petitioner,

v.

RENEE BAKER, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:14-cv-00096-LRH-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition (ECF No. 4) is DENIED in its entirety.
**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED.

March 24, 2017                        **DEBRA K. KEMPI**
                                                                 Clerk

                                                                  /s/ K. Rusin
                                                                  Deputy Clerk